CV-16-HS-0682-E

FILED
2016 Apr-27  PM 12:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2016 APR 27  A 11:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

77851

Inmate Identification Number:

Thomas Castro

(Enter above the full name of the plaintiff
in this action)

NOTICE TO FILING PARTY

*It is your responsibility to notify the clerk in writing of any address change.*

*Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

COUNSEL LAURIE ANDRIJESKI
DISTRICT JUDGE RYAN RUMSEY

(Enter above full name(s) of the defendant(s)
in this action)

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes (  )         No ( ✓ )

   B.   If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

       1.   Parties to this previous lawsuit:

            Plaintiff: N/A

            Defendant(s): N/A

2

2. Court (if Federal Court, name the district; if State Court, name the county)

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. Place of present confinement _Talladega County Jail_

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )   No (✓)

   C. If your answer is YES:

      1. What steps did you take? _N/A_

      2. What was the result? _N/A_

   D. If your answer is NO, explain why not: _Constitutional Violation_

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Thomas Gaddis

Address Talladega County Jail P.O. Box B. Talladega, AL 35161

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant LAURI ANDRIJESKI, Judge RYAN RUMSEY
Is employed as Judicial Building Talladega
at County AL PO BOX 183 Sylacauga, AL 35150

C. Additional Defendants 256-245-4352

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary. And defendant RYAN RUMSEY, defendant LAURIE ANDRIJESKI, conspired together under color of law, in their official compasity, deliberately will full deprived plaintiff Thomas Gaddis of my life Liberty restraint me of my Liberty. Rights privileges Immunities defendant ANDRIJESKI

4

And defendant Ramsey violated my constitutional rights Six Amendment Fifth Amendment, Fourteenth Amendment of Equal protection and due process of Law, 42 USC 1983.

V. **RELIEF**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

① Injunctive Relief, That State District Court be ordered to give me plaintiff Gaddis a Hearing, Accordingly to the Six Amendment

② declaratory Judgement, For the pain suffering That were cause, whatsoever the court deem proper and appropriate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4-24 2016

Shonnor Gaddis
SIGNATURE

ADDRESS Talladega County Jail
P.O. Box B.
Talladega, AL 35161
AIS # 77851

5

10 of 4

ON NOV 2 2015, plaintiff Gaddis was order to appear in Sylacauga, AL in District court in Talladega County, Before defendant Judge Ryan Rumsey for an preliminary hearing, to answer the charge count 1 manufacture of an controlled substance count II possession of drug paraphernalia, I was appointed defendant Laurie Andrijesk by defendant District Judge Ryan Rumsey, defendant Andrijesk, defendant Rumsey informed plaintiff Gaddis that the hearing will be continued because the state witnesses cannot be contacted or located, plaintiff Gaddis were transfer back to Talladega Jail in awaiting on the next preliminary hearing, while awaiting defendant Laurie Andrijesk, defendant Ryan Rumsey conspired together and file an unconstitutional motion on Nov 9. 2015 to allow a mental examination to take place. The examination was set for Jan 6 2016, defendant Andrijesk, and defendant Rumsey should have known, or would have known, That Ala Rules of criminal procedure Rule 11 Incompetence and mental examinations, does not apply to proceedings in district and municipal court, is restricted to the circuit court, defendant Rumsey and defendant Andrijesk Took this unconstitutional mental motion continued postpone delayed and finally denied me plaintiff Gaddis, The right of an hearing under the Six Amendment, clause accusation to be confronted with the witnesses against him to have compulsory process for obtaining witnesses in his favor.

And TO have, the assistance of counsel for his defence law, plaintiff Gaddis six amendment right were willful violated. defendant ANDRIJESKI File This unconstitutional mental motion, And defendant Rumsey upheld and pass this mental motion, threw the court proceedings. plaintiff Gaddis were not notify or informed of this mental motion, defendant ANDRIJESKI was only appointed as stand by counsel, out, defendant ANDRIJESKI didnot have the authority to file This motion, defendant Rumsey knew, This Because He Asigned Her on Nov. 2015. Therefore defendant ANDRIJESKI, And defendant Rumsey conspired together, engage meet in the mind in the a strical compasity with an unconstitutional mental motion to place plaintiff Gaddis in an incompetency state of mind, with the intent to cause and did intent inflict injury upon plaintiff Gaddis ① mental pain and suffering ② emotionally suffering ③ threaten with fear, ④ place my life in danger, ⑤ cause oppression, denied plaintiff Gaddis, preliminary Hearing, knowing that such hearing in Ala is a critical stage and factor in criminal case both defendant, ANDRIJESKI defendant Rumsey didnot provide due process of law or equal protaction of law. defendant Rumsey defendant ANDRIJESKI practice was unconstitutional defendant Rumsey defendant ANDRIJESKI didn't inft have an un-constitutional plan for my life that was not constitutional.

(1) Defendant Laurie Audrzjeski, defendant Ryan Rumsey, file that mental motion that were unconstitutional, they violated my Fifth Amendment US Constitutional right, provide that no one shall be deprived of his life, liberty, property without due process of Law.

2. When defendant Laurie Audrzjeski, defendant Ryan Rumsey file that motion that were unjust unconstitutional, they violated my Fourteenth Amendment clause, provide that no one shall be deprived of life, liberty without due process of law, equal protection of law.

(3) Defendant Ryan Rumsey, defendant Laurie Audrzjeski willful violated my Six Amendment right of the state and district where in the crime shall have been committed, denied accusation to be confronted, denied plaintiff Gaddis cross examine the witness against him and obtaining witnesses in plaintiff Gaddis favor who denied plaintiff Gaddis the assistance of counsel for my defense.

4. Defendant Rumsey, defendant Audrzjeski willful deprived of my rights, privileges, immunities secured by the Constitution, plaintiff Gaddis was restraint of my liberty, life, freedom, with prolonged detention that were clearly unconstitutional acts, defendants failure to comply with procedural due process of the Six, Fifth, and Fourteenth Amendment of equal protection and due process of law. 42 U.S.C. § 1983

defendant LAURIE ANDRIJESKI And defendant RYAN RUMSEY Alleged conduct. When conspired.

1) defendant RUMSEY And defendant ANDRIJESKI Should have known that RULE 11. IN competency Mental Examination does not Apply to proceedings IN district and municipal court. IS Restricted to The CIRCUIT court only.

2) defendant Rumsey And defendant ANDRIJESKI should have known that she did not Have the Authority to File This unconstitutional motion. Without my Consent defendant ANDRIJESK were Asigned only As student Counsel BY defendant RUMSEY.

3) defendant Rumsey defendant ANDRIJESKI should have known or would have known, that plaintiff Gaddis were Entitle to and preliminary hearing. By due process of law, and a SIX Amendment Hearing, within that District of Sylacauga Al. The Recorded will Reflect That Mental motion postpone delayed and denied Plaintiff Gaddis Those Hearings.

4) The plaintiff Gaddis pleaded the defendants Alleged conduct when committed violated statutory constitutional rights of which a Reasonable person would have known.

5) defendant Rumsey defendant ANDRIJESK should Be held Reliable IN Their officials compasity, under color of law 42 USC § 1983

Executed on 4-24-2016        x Thomas Gaddis

(e)   Any other sources?                                                    Yes _____      No ✓

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. _____

_____ N/A _____

4.   How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ _____

5.   Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?   Yes _____      No ✓

If the answer is "yes," describe the property and state its approximate value: _____

_____ N/A _____

6.   List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support. _____

_____ N/A _____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: 4-24-2016        *Thomas Goodwin*
                        SIGNATURE OF PLAINTIFF
                        ADDRESS: Talladega County Jail
                        P.O. Box B - Talladega AL 35161
                        AIS # 77851

### ★★★ IMPORTANT NOTICE ★★★

Your application to proceed *in forma pauperis* is NOT COMPLETE and WILL NOT BE CONSIDERED by the Court unless the attached page entitled INFORMATION REGARDING PRISONER ACCOUNTS is properly completed and certified.

2